UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - PIKEVLLE
CIVIL ACTION NO. 7:23-CV-00002-REW-EBA

***ELECTRONICALLY FILED***

VANDERBILT MORTGAGE AND FINANCE, INC. PLAINTIFF

v.

STATE FARM FIRE AND CASUALTY COMPANY DEFENDANT

---

**AGREED ORDER OF DISMISSAL**

---

The Plaintiff, VANDERBILT MORTGAGE AND FINANCE, INC., and the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, having appeared before the Court and having advised the Court that they have fully and finally settled all claims by and between themselves, raised, or could have been raised, herein, to their complete and mutual satisfaction, and the Court being fully and sufficiently advised

**IT IS HEREBY ORDERED** and **ADJUDGED** that all claims raised, or could have been raised, by and between the Plaintiff, VANDERBILT MORTGAGE AND FINANCE, INC., and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, shall be and are hereby **ORDERED DISMISSED**, with prejudice, as settled with each party to bear their respective costs. There being no just reason for delay, this is adjudicated a **FINAL ORDER**.

The Plaintiff, VANDERBILT MORTGAGE AND FINANCE, INC., individually and by counsel, acknowledge to the Court, receipt in full of the amount agreed upon in settlement hereof.

**IT IS FURTHER ORDERED** that this case is hereby stricken from the docket and filed away.

**SO ORDERED** this ____ day of ________________, 2023.

______________________________
JUDGE, U.S. DISTRICT COURT,
EASTERN DISTRICT OF KY
SOUTHERN DIV. AT PIKEVILLE

**HAVE SEEN AND AGREED TO:**

*/s/ William D. Kirkland, with permission by Darrin W. Banks, on 2/13/2023*
WLLIAM D. KIRKLAND
*Counsel for Defendant, Vanderbilt Mortgage and Finance, In.*

*/s/ Darrin W. Banks*
DARRIN W. BANKS
*Counsel for Plaintiff, State Farm Fire and Casualty Company*

**CLERKS'S DISTRIBUTION:**

William D. Kirkland
Kirkland, Cain & Horn, PLLC
P.O. box 1100
Frankfort, KY 40602

Darrin W. Banks, Esq.
Porter, Banks, Baldwin & Shaw, PLLC
327 Main Street
P.O. Drawer 1767
Paintsville, Kentucky 41240-1767

______________________________
CLERK'S INITIALS & DATE