UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 7:23-CV-2-REW-EBA |
| v. | ) ) | ORDER DISMISSAL |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Vanderbilt Mortgage and Finance, Inc. and Defendant State Farm Fire and Casualty Company move jointly, through counsel, to dismiss the instant action. DE 7. The parties indicate they have "fully and finally settled all claims" that were raised or could have been raised in this action. *Id.* Accordingly, the Court **GRANTS** DE 7. This matter is **DISMISSED** with prejudice and **STRICKEN** from the docket of the Court. Per the filing's terms, *see id.*, each party shall bear its own costs.

This the 13th day of February, 2023.



Signed By:
*Robert E. Wier*
United States District Judge

1